PER CURIAM.

(No. 7043—Claimant )

KLAUS RADIO, INC., Claimant, *vs.* STATE OF ILLINOIS, BUREAU OF INVESTIGATION, Respondent.

*Opinion filed October 18, 1973.*

KLAUS RADIO, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.